IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN H. TOMLINSON and LINDA TOMLINSON, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:20-cv-3198-E-BN |
| DALLAS AREA RAPID TRANSIT, ET AL., | § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore GRANTS the motion for summary judgment on qualified immunity filed by Defendants Officer Ronald Lindsay and Officer Shamika Sorrells [Dkt. No. 27] and DISMISSES the individual claims against them with prejudice.

SO ORDERED this 20th day of July, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE